

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 16, 2024

**BY EMAIL**
The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 5A
New York, New York 10007

    Re:    *United States v. Harafa Hussein Abdi*, **18 Mag. 159**

Dear Judge Figueredo:

    The Government respectfully requests that the Court enter an order unsealing the above-referenced Complaint in light of the defendant's arrest in this case.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by:    _____
    Nicholas S. Bradley
    Assistant United States Attorney
    (212) 637-1581

**SO ORDERED:**

_____
VALERIE FIGUEREDO
U.S.M.J.